FILED

# United States District Court

JUN 2 2006

__MIDDLE__ DISTRICT OF __ALABAMA__

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA

v.

JOSHUA LANG WHIGAN

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:06mj53-VPM

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __Aug. 24, 2005__ in __Houston__ county, in the __Middle__ District of __Alabama__ defendant(s) did, (Track Statutory Language of Offense)

1. Did knowingly and intentionally possess, with intent to distribute, cocaine base, and cocaine hydrochloride, Schedule II Controlled substances, and marijuana, a Schedule I controlled substance;
2. Did knowingly possess a firearm that had travelled in interstate commerce, after having been convicted of a crime punishable by imprisonment for a term exceeding one year; and
3. Did knowingly possess, use and carry a firearm during, in relation to, and in furtherance of a federal drug trafficking offense;

in violation of Title __21/18__ United States Code, Section(s) __841(a)(1); 922(g)(1) and 924(c)__

I further state that I am a(n) __FBI, Special Agent__ and that this complaint is based on the following facts:
    Official Title

See Attached Affidavit which is incorporated by reference herein

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_Andrew C. Campi_
Signature of Complainant
/Andrew Campi

Sworn to before me and subscribed in my presence,

__JUNE 2, 2006__ at __Montgomery, Alabama__
Date                                                   City and State

VANZETTA P. MCPHERSON
United States Magistrate Judge              _Vanzetta P. McPherson_
Name & Title of Judicial Officer                  Signature of Judicial Officer

## AFFIDAVIT

I Andrew C. Campi do depose and state the following:

1. I am a Special Agent with the FBI and have been so employed for the past 8 &1/2 years. Prior to my employment with the FBI, I was employed with United States Army for 10 years.

2. This affidavit is being made in support of a complaint and arrest warrant for Joshua Lang Whigan; black male; date of birth: October 30, 1978; Social Security Account Number 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; who resides at 170 Strong Drive, Ashford, Alabama. The information contained in this affidavit is based upon information provided by other law enforcement officials, to include Special Agent Steven Zeringue of the Dothan Resident Agency, Ashford Police Department Investigator Eddie Ingram, and Bureau of Alcohol, Tobacco, and Firearms (ATF), Special Agent Yolanda Williamson-Thornton.

3. I have probable cause to believe that Joshua Lang Whigan has violated:

a) Title 18, United States Code, Section 922(g)(1), possession of a firearm by a convicted felon;

b) Title 18, United States Code, Section 841(a), distribution and possession with intent to distribute controlled substances (marijuana, cocaine hydrochloride and cocaine base); and

c) Title 18, United States Code 924©, possession of a firearm during and in relation to a federal drug trafficking offense.

4. Joshua Whigan is a convicted felon. His criminal history is as follows: Charge 1: Receiving Stolen Property 2nd degree, July 8, 1999, sentenced to two years confinement. Arrest 2: Dangerous Drug Possession of Controlled Substance, June 8, 1999, sentenced to eight years. Arrest 3: Received Stolen Property 2nd degree, December 16, 2003, dismissed. Arrest 4: Rape

no force - Rape 2nd, Sentenced to 17 years, disposition unknown, arrested February 18, 2004. Arrest 5: Firing-menacing, June 26, 2004. Arrest 6: Marijuana Possession - 1st, August 11, 2004, case is pending. Arrest 7: Failure to Appear, October 10/7/2004. Arrest 8: Failure to Register as a Sex Offender, June 30, 2005. Arrest 9: Marijuana Possession, and Possession of controlled substance (also contains firearms charges), August 24, 2005, (this is the instant case before us).

5. On 8/23/05, Ashford Police Department Officer Eddie Ingram conducted a monitored controlled purchase of cocaine from Joshua Whigan using a reliable confidential informant (RCI). The RCI bought 11.3 ounces of powder cocaine. He described how Whigan kept much of his inventory and supplies in the weeds outside his home.

6. On 8/24/05, The Ashford Police Department executed a search warrant on Whigan's residence. They found:

   1. $618 in Whigan's bedroom.
   2. Five dozen jewelry bags (commonly used to package controlled substances).
   3. 2 sets of electronic scales.
   4. Approximately 350 grams of marijuana.
   5. 1 Smith & Wesson .40 caliber handgun.
   6. 13.44 grams crack cocaine.

Note: items 3-6 were found in the weeds outside Whigan's home as the informant described.

7. Whigan confessed to Eddie Ingram and Chief Roane Lawler on August 26, 2005. He asked to cooperate with Ingram's narcotics investigations in exchange for Ingram notifying the prosecutor of the cooperation.

8. Officer Ingram submitted the suspected crack cocaine, powder cocaine, and marijuana to the Alabama Department of Forensic Sciences. Forensic Scientist John F. Brunner determined

that the respective substances were, in fact, crack cocaine, powder cocaine (cocaine hydrochloride) and marijuana.

## CONCLUSIONS

9. Based upon the foregoing, affiant has probable cause to believe that Joshua Lang Whigan has violated Title 18, United States Code, Section 922(g)(1), possession of a firearm by a convicted felon; Title 18, United States Code, Section 841(a), distribution and possession with intent to distribute controlled substances (marijuana, cocaine hydrochloride and cocaine base); and Title 18, United States Code 924©, possession of a firearm during and in relation to a federal drug trafficking offense.

_____
Special Agent Andrew Campi, Affiant
Federal Bureau of Investigation

Sworn to and subscribed
before me this 2nd
day of June, 2006.

_____
United States Magistrate Judge