IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 1:06mj53-VPM |
| | ) | |
| JOSHUA LANG WHIGAN | ) | |

## ORDER

On June 6, 2006, Defendant Joshua Lang Whighan appeared with counsel for his initial appearance on the criminal complaint filed June 2, 2006. Upon consideration of the *Government's Motion for Detention Hearing* (Doc. 3, filed June 5, 2006), it is

**ORDERED** that the *Motion is GRANTED* to the extent of its request for a detention hearing. The United States' *Motion* for DETENTION is scheduled for hearing at **2:00 p.m.** on **June 8, 2006**, before United States Magistrate Judge Vanzetta Penn McPherson in District Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, 1 Church Street, Montgomery, AL 36104. The defendant duly preserved his right to request a preliminary hearing at that time. If the defendant is in custody, the United States Marshal shall produce the defendant for the hearing.

Done this 6th day of June, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

FOR

VANZETTA PENN MCHPERSON
UNITED STATES MAGISTRATE JUDGE