IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 1:06cr133-MHT |
| | ) [21 USC 841(a)(1)] |
| JOSHUA LANG WHIGAN | ) |
| | ) INFORMATION |

The United States Attorney charges:

### COUNT 1

On or about the 24th day of August, 2005, in Houston County, in the Middle District of Alabama, the defendant,

JOSHUA LANG WHIGAN,

did knowingly possess, with intent to distribute, a mixture and substance containing a detectable amount of cocaine base, more commonly referred to as crack cocaine, a Schedule II Controlled Substance; and marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1).

ANDREW O. SCHIFF
Deputy Chief, Criminal Division

K. DAVID COOKE, JR.
Assistant United States Attorney