# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

JOSHUA LANG WHIGAN

WAIVER OF INDICTMENT

CASE NUMBER: 1:06CR133-MH-T

I, __Joshua Lang Whigan__, the above named defendant, who is accused of

VIOLATIONS OF TITLE 21 USC §841(a)(1),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6/9/06__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Date_

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer