MIDDLE DISTRICT OF ALABAMA        COURT REPORTER:   Mitchell Reisner

❏ ARRAIGNMENT        ❏ CHANGE OF PLEA        x CONSENT PLEA

❏ RULE 44(c) HEARING        ❏ SENTENCING

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*   **DEPUTY CLERK:** *WANDA ROBINSON*
**CASE NUMBER:** *1:06cr133-MHT*   **DEFENDANT NAME:** *Joshua Lang Whigan*
**AUSA:** *David Cooke*   **DEFENDANT ATTY:** *Thomas Martele Goggans*

Type Counsel:   ( ) Waived;   ( ) Retained;   ( X ) Panel CJA;   ( ) CDO

**USPO:** _____

**Defendant** _____ does   __x__ does NOT need and interpreter.

**Interpreter present?** __x__ NO   _____ YES   Name: _____

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

**X—** WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ❏ Not Guilty                    ❏ Nol Contendere

❏ Not Guilty by reason of insanity

X Guilty as to:

X Count(s) ___1___   of the Felony Information.

❏ Count(s) _____   ❏ dismissed on oral motion of USA;

❏ to be dismissed at sentencing

**X —** ORAL ORDER ADJUDICATING GUILT as to COUNT 1 of the Felony Information

X— Written plea agreement filed.   ❏ **OPEN/ORAL** Plea Agreement.   ❏ **ORDERED SEALED.**   ❏ No Plea Agreement entered

— _____ Days to file pretrial motions.   ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under ❏ same bond ; ❏ Released on Bond & Conditions of Release

❏ summons; for:

❏ Trial on _____;   ❏ Sentencing on _____   ❏ _____ Bond   ❏ to be set by Separate Order

X— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Posting a $_____ Bond;

❏ Trial on _____; or   X Sentencing on _____   X set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.