IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr133-MHT |
| | ) | |
| JOSHUA LANG WHIGAN | ) | |

## ORDER

Upon consideration of the government's motion for release of prisoner, filed on June 27, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of Joshua Lang Whigan to Special Agent Steven Zeringue, Federal Bureau of Investigation, from June 28, 2006, through December 31, 2006, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Special Agent Zeringue shall return said prisoner into the custody of the United States Marshals Service when he has finished with him.

DONE this 27th day of June, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE