IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **CRIMINAL ACTION NO.** |
| ) | **1:06cr133-MHT** |
| **JOSHUA LANG WHIGAN** ) | |

<u>**ORDER**</u>

It is ORDERED as follows:

(1) The government's motion to continue sentencing (Doc. No. 20) is granted.

(2) Sentencing for defendant Joshua Lang Whigan, now set for September 27, 2006, is reset for January 31, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 11th day of September, 2006.

                                                    /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**