IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA )
 )
  v. ) CR. NO. 1:06cr133-MHT
 )
JOSHUA LANG WHIGAN )

<u>ORDER</u>

Upon consideration of the government's motion for release of prisoner filed on September 8, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of Joshua Lang Whigan from September 12, 2006, through December 31, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  It is also

ORDERED that Bill Beersdorf and Kurt Limpert shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this 11th day of September, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE