IN THE DISTRICT COURT OF THE
UNITED STATES FOR THE MIDDLE DISTRICT
OF ALABAMA, SOUTHERN DIVISION

RECEIVED

UNITED STATES OF AMERICA )
)
v. ) CR. NO 1:06 CR 133-MHT
)
JOSHUA LANG WHIGAN )
)

## MOTION FOR APPOINTMENT OF NEW COUNSEL

COMES NOW, DEFENDANT JOSHUA LANG-WHIGAN AND REQUESTS THIS HONORABLE COURT TO APPOINT NEW COUNSEL FOR DEFENDANT AND FOR GOOD CAUSE STATES UNDER PENALTY OF PERJURY AS FOLLOWS:

1.      DEFENDANT HAS COURT APPOINTED ATTORNEY, THOMAS M. GOGGANS

2.      A PLEA AGREEMENT WAS ENTERED WITH THE GOVERNMENT AND AFTER ALLOCUTION ACCEPTED BY THIS COURT ON OR ABOUT JUNE 18TH, 2006

3.      SENTENCING WAS SCHEDULED FOR SEPTEMBER 27TH, 2006.

4.    DEFENDANT ACCEPTED RESPONSIBILITY AND GAVE CONSIDERABLE ASSISTANCE TO THE GOVERNMENT

5.    AT THE TIME BAIL WAS NOT GRANTED DUE TO NATURE OF ASSISTANCE AND GOVERNMENTS CONCERNS OVER SAFETY OF DEFENDANT.

6.    GOVERNMENT INDICATED THAT WHEN THE SAFETY CONCERNS WERE RESOLVED, BAIL WOULD BE FAVORABLY CONSIDERED.

7.    ON SEPTEMBER 11TH, 2006, THIS COURT ON THE GOVERNMENTS MOTION ORDERED RELEASE OF PRISONER INTO CUSTODY OF BILL BEERSDORF AND KURT LIMPERT BETWEEN SEPTEMBER 12TH, 2006 THROUGH DECEMBER 31, 2006. (DOC # 23-1)

8.    SENTENCING WAS FURTHER RESET FOR JANUARY 31, 2006. (DOC # 22-1)

9.    DEFENDANT HAS NOT BEEN ADVISED OF PURPOSE OF RELEASE, THOUGH PRESUMES IT IS FOR ADDITIONAL ASSISTANCE.

10.    DEFENDANT AND HIS FAMILY HAVE REPEATEDLY ATTEMPTED TO CONTACT COUNSEL ON RECORD, ATTORNEY THOMAS M. GOGGANS, FOR ADVICE, MATTERS RELATING TO PRE-SENTENCE REPORT AND RE-FILING OF MOTION FOR BAIL. COUNSEL FAILED TO ANSWER TELEPHONE CALLS OR LETTERS.

11.    AFTER LAST LETTER OF SEPTEMBER 24, 2006 ASKING COUNSEL TO FILE NEW BAIL MOTION, TELEPHONE CALL WAS FINALLY ACCEPTED BY ATTORNEY GOGGANS.

12.   DURING THAT TELEPHONE CONVERSATION ATTORNEY GOGGANS STATED HE WAS TOO BUSY WITH OTHER CLIENTS MATTERS TO VISIT DEFENDANT IN AUTAUGA METRO JAIL AND DIDN'T KNOW WHEN HE MAYBE COULD ATTEND, SO IT WAS NO POINT DEFENDANT PHONING.

13.   IN RELATION TO DEFENDANT'S REQUEST THAT HE CONTACT GOVERNMENT TO SEE WHETHER ITS ATTITUDE CHANGED OVER RELEASE, COUNSEL STATED HE DIDN'T HAVE TIME TO MAKE INQUIRIES OR FILE MOTION AND "HE WOULD DO IT WHEN HE HAD TIME."

14.   DEFENDANT DOES NOT EXPECT COUNSEL TO BE ON CALL, BUT HE IS ENTITLED TO COUNSEL THAT DOES HAVE TIME. ONE PHONE CALL TO GOVERNMENT TO SEE WHAT FURTHER ASSISTANCE IS REQUIRED AND ASK ITS ATTITUDE TO BAIL, IS NOT TOO MUCH TO ASK AFTER 3 MONTHS.

15   THIS HONORABLE COURT IS ASKED TO MAKE THE APPROPRIATE ORDERS IN THE INTEREST OF JUSTICE AND FURTHER ORDER CLERK OF COURTS TO SERVE THIS MOTION ON ALL INTERESTED PARTIES DUE TO FINANCIAL STATUS AND INCARCERATION OF DEFENDANT.

RESPECTFULLY SUBMITTED,
THIS 1ST DAY OF OCTOBER, 2006

Joshua Whigan
JOSHUA   WHIGAN

FLED.     JUNE 18TH.
SCHED.     SEPT 27TH.
   SET     JAN 31ST.
THOMAS  M. GOGGANS
   SEPT. 24TH.
CALLED.  TUESDAY.