IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )      1:06cr133-MHT
JOSHUA LANG WHIGAN          )
```

### ORDER

It is ORDERED that the motion for appointment of new counsel (doc. no. 24) is set for an evidentiary hearing on October 12, 2006, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

DONE, this the 4th day of October, 2006.

                                   /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**