# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE        AT MONTGOMERY   ALABAMA

DATE COMMENCED   October 12, 2006          AT   5:08     A.M./P.M.

DATE COMPLETED   October 12, 2006          AT   5:10     A.M./P.M.

UNITED STATES OF AMERICA                  Criminal Action
                                          1:06-cr-133-MHT
        VS.

JOSHUA LANG WHIGAN

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA K. David Cooke, Jr. | X | Atty Thomas M. Goggans |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, | Daniel Korobkin, | Mitchell Reisner, |
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:    EVIDENTIARY HEARING
                          re MOTION TO APPOINT NEW COUNSEL

5:08 p.m.                 Evidentiary hearing commenced. Defendant's
                          **ORAL MOTION** to withdraw motion to appoint
                          new counsel. **ORAL ORDER** granting motion to
                          withdraw.
5:10 p.m.                 Hearing concluded.