IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:06cr133-MHT |
| JOSHUA LANG WHIGAN | ) | |

### ORDER

At the oral request of defendant Joshua Lang Whigan made in open court on October 12, 2006, it is ORDERED that his motion for appointment of new counsel (doc. no. 24) is withdrawn.

Defendant Whigan says he has resolved his dispute with his attorney and is now satisfied with him.

DONE, this the 13th day of October, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE