IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR NO. 1:06-cr-133-MHT |
| | ) | |
| JOSHUA LANG WHIGAN | ) | |

## UNITED STATES' NOTICE OF SUBSTITUTION OF COUNSEL

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and hereby notifies the Court that Assistant United States Attorney Stephen P. Feaga, Sr. should be substituted as counsel of record for the United States of America in this matter in place of Assistant United States Attorney K. David Cooke.

Respectfully submitted this the 7th of December, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Stephen P. Feaga, Sr.
STEPHEN P. FEAGA, SR.
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
steve.feaga@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR NO. 1:06-cr-133-MHT |
| | ) | |
| JOSHUA LANG WHIGAN | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:   Thomas Goggans.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Stephen P. Feaga, Sr.
STEPHEN P. FEAGA, SR.
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
steve.feaga@usdoj.gov