IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:06cr133-MHT |
| **JOSHUA LANG WHIGAN** | ) | |

## ORDER

It is ORDERED that the motion to substitute counsel (doc. no. 30) is granted.

DONE, this the 20th day of December, 2006.

                          /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**