IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-CR-133-MHT |
| | ) | |
| JOSHUA LANG WHIGAN | ) | |

### GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE

**COMES NOW** the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and Kent B. Brunson, Assistant United States Attorney for the Middle District of Alabama, and pursuant to United States Sentencing Guideline Section 5K1.1 moves for a six (6) level downward departure in Mr. Whigan's total offense level. This request is based upon the following:

1) Mr. Whigan has provided federal and state law enforcement officials with detailed information concerning criminal activities in several southern counties in Alabama.

2) As a result of Mr. Whigan's timely plea of guilty and the usefulness of his truthful and significant assistance to law enforcement personnel, significant progress has been made in the investigation and prosecution of illegal activity within Alabama and the government has been able to utilize its resources effectively.

WHEREFORE, for all the reasons set forth above and pursuant to U.S.S.G. § 5K1.1, the government is satisfied the defendant is entitled to a six (6) level reduction in his total offense level.

Respectfully submitted this the 24th day of January, 2007.

                          LEURA GARRETT CANARY
                          UNITED STATES ATTORNEY

                          /s/ Stephen P. Feaga, Sr.
                          STEPHEN P. FEAGA
                          Assistant United States Attorney
                          One Court Square, Suite 201
                          Montgomery, Alabama 36104
                          Telephone: (334) 223-7280
                          Fax: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-CR-133-MHT |
| | ) | |
| JOSHUA LANG WHIGAN | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Thomas Goggas.

Respectfully submitted,
LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Stephen P. Feaga, Sr.
STEPHEN P. FEAGA
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135