IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA      )
                                )
          V.                )      CR NO. 1:06-cr-133-MHT
                                )
JOSHUA LANG WHIGAN        )

**UNITED STATES' NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

      Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and hereby notices the appearance of Assistant United States Attorney J. B. Perrine, who will be serving as additional counsel of record for the United States in this matter.

      Respectfully submitted this the 31st of January, 2007.

                              LEURA GARRETT CANARY
                              UNITED STATES ATTORNEY

                              /s/ J. B. Perrine
                              J. B. PERRINE
                              Assistant United States Attorney
                              Post Office Box 197
                              Montgomery, Alabama 36101-0197
                              334.223.7280
                              334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR NO. 1:06-cr-133-MHT |
| | ) | |
| JOSHUA LANG WHIGAN | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2007, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to all

attorneys of record.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ J. B. Perrine
J. B. PERRINE
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax