# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. __MYRON H. THOMPSON,__ JUDGE          AT MONTGOMERY ALABAMA

DATE COMMENCED __January 31, 2007__          AT 10:15 A.M./P.M.

DATE COMPLETED __January 31, 2007__          AT 10:26 A.M./P.M.

UNITED STATES OF AMERICA                      Criminal Action
                                              1:06cr133-MHT
     VS.

JOSHUA LANG WHIGAN

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA J.B. Perrine | X | Atty Thomas M. Goggans |
| | X | |
| | X | |
| | X | |
| | X | |

### COURT OFFICIALS PRESENT:

| Anthony Green, | Daniel Korobkin, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

### PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:          SENTENCING HEARING

| | |
|---|---|
| 10:15 a.m. | Sentencing hearing commenced. Terms of plea agreement stated on the record. Probation concurs with plea agreement. Court accepts plea agreement. Sentence imposed; **ORAL ORDER** during sentence imposition granting motion for downward departure. |
| 10:26 a.m. | Hearing concluded. |