U.S. Department of Justice

Federal Bureau of Prisons

---

*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

March 6, 2007

The Honorable Myron H. Thompson
Judge of the U.S. District Court
  for the Middle District of Alabama
Frank M. Johnson, Jr. Federal Courthouse Annex
One Church Street
Montgomery, AL 36104

**FILED**

**MAR - 9 2007**

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

**Re:  WHIGAN, Joshua Lang**
     Reg. No. 11963-002
     Docket No. 1:06cr133-MHT

Dear Judge Thompson:

   This is in response to the Court's recommendation that Joshua Whigan participate in the Residential Drug Abuse Program (RDAP). Mr. Whigan was sentenced in your court to a 60-month term for Possession with Intent to Distribute Cocaine Base.

   Unfortunately, we were unable to follow the Court's recommendation. Mr. Whigan has been classified as a high security level offender and has been designated to the high security level facility in Coleman, Florida. Although the RDAP is not available at high security level facilities, staff will work closely with Mr. Whigan and encourage him to participate in a variety of substance abuse education and counseling programs offered at the facility. Should Mr. Whigan become eligible for transfer, he will be considered for a facility which offers the RDAP, if determined eligible under the established program criteria.

   Although we were unable to follow the Court's recommendation in this case, please be assured of our continued commitment to satisfy judicial recommendations whenever possible.

                                    Sincerely,

                                    Rebecca Tamez
                                    Chief

jeh
cc:  Warden, USP Coleman II

**SCANNED**